| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin (SBN 175497)<br>L. Bishop Austin & Associates<br>3250 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90010<br>(213) 388-4939 Fax: (213) 388-2411<br>☒ Attorney for Debtors | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CASE NO.: 2:10-bk-16140-AA |
|---|---|
| In re:<br><br>FREDDY ALEXANDER JIMENEZ<br>AND TERESA L. JIMENEZ           Debtor. | CHAPTER: 13<br>DATE: June 29, 2010<br>TIME: 9:00 am<br>COURTROOM: 1375 |

### AMENDED NOTICE OF MOTION FOR:

MOTION FOR VALUATION OF SECURITY, DETERMINATION OF SECURED STATUS, AVOIDANCE OF LIEN, AND MODIFICATION OF RIGHTS OF LIENHOLDER CITIBANK, N.A.; AND PERMISSION TO BE EXCUSED FROM MAKING FURTHER POST-PETITION MORTGAGE PAYMENTS TO RESPONDENT, CITIBANK, N.A., THE SECOND DEED OF TRUST HOLDER ONLY, ITS ASSIGNEES, TRANSFEREES AND/OR SUCCESSOR(S) IN INTEREST; MEMORANDUM OF POINTS AND AUTHORITIES, DECLARATIONS IN SUPPORT THEREOF

1. TO: ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

Hearing Date: 6/29/2010     Time: 9:00 am     Courtroom: 1375     Floor: 13th

| | | | |
|---|---|---|---|
| ☒ | 255 East Temple Street, Los Angeles | ☐ | 411 West Fourth Street, Santa Ana |
| ☐ | 21041 Burbank Boulevard, Woodland Hills | ☐ | 1415 State Street, Santa Barbara |
| ☐ | 3420 Twelfth Street, Riverside | | |

4. Deadline for Opposition Papers: This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure: The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the Judge's self-calendaring procedures.

Dated: 5/14/2010

L. Bishop Austin & Associates
*Law Firm Name*

By: _____

Name: L. Bishop Austin & Associates
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              F 9013-1.1
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Notice of Motion (with Hearing) - Page 2

| In re<br>Jimenez, Freddy and Teresa | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NO. 2:10-bk-16140-AA |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3250 Wilshire Blvd, Suite 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as  Notice of Hearing on Motion to Value and and Extinguish the Lien of CitiBank, N.A.   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below.

☐ Service information continued on attached page

II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):
On  5/14/2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  5/14/2010   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

CitiBank, National Association
Service of Process- CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/14/2010 | Moises Lopez | _Moises Lopez_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-1.1
Best Case Bankruptcy

Notice of Motion (with Hearing) - Page 3

| In re<br>Jimenez, Freddy and Teresa | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s) | CASE NO.: 2:10-bk-16140-AA |

Debtor
Freddy Alexander and Teresa L. Jimnenez
22308 Paraguey Drive
Santa Clarita, CA 93150

Attorney for Movant
L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010

1st Mortgage (Aurora Loan Services, LLP)
Aurora Loan Services, LLP
10350 Park Meadows Drive, 5th Floor
Littleton, CO 80124

Aurora Loan Services, LLP
McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

2nd Mortgage (CitiBank, National Association)
CitiBank, National Association(Certified Mail)
PO Box 9438
Gaithersburg, MD 20898-9438

CitiBank, National Association (Certified Mail)
500 W. Madison 7th Fl
Chicago, IL 60661

CITIBANK, N.A. (Certified Mail)
16015 Phoenix Drive
Hacienda Heights, CA 91745

Chapter 13 Trustee
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Office of the U.S. Trustee
United States Trustee (LA)
725 S. Figueroa Street, Ste 2600
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009
Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037

F 9013-1.1
Best Case Bankruptcy