# UNITED STATES BANKRUPTCY COURT
## Central District Of California (Los Angeles)

IN RE:  
Debtors: Freddy Alexander Jimenez and  
Teresa L Jimenez

Case Number: 10-16140

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>IBM Lender Business Process Services, Inc</u> | <u>Aurora Loan Services LLC</u> |
| Name of Transferee | Name of Transferor |
| P. O. Box 4128 | Court Claim # (if known): <u>1</u> |
| Beaverton, OR 97076-4128 | Amount of Claim: <u>$345409.15</u> |
| | Date Claim Filed: <u>03/15/2010</u> |
| Phone: <u>(866) 570-5277</u> | |
| Last Four Digits of Acct #: <u>6112</u> | Last Four Digits of Acct #: <u>5084</u> |

Name and Address where transferee payments should be sent (if different from above):

IBM Lender Business Process Services, Inc  
Same as Above

Phone: <u>(866) 570-5277</u>  
Last Four Digits of Acct #: <u>6112</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/ Bill Taylor</u>           Date: <u>August 11, 2010</u>  
      Authorized Filing Agent for Filer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:745