B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

**In re** Freddy Alexander Jimenez; ;Teresa Lopez aka Teresa Lopez Guzman ,    **Case No.** 10-16140

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Federal National Mortgage Association
**Name of Transferee**

IBM Lender Business Process Services, Inc.
**Name of Transferor**

**Name and Address where notices to transferee should be sent:**
FEDERAL NATIONAL MORTGAGE ASSOCIATION
c/o Seterus, Inc. f/k/a IBM Lender Business Process Services, Inc
PO Box 4128
Beaverton, OR 97076-4128

**Phone:** _____
**Last Four Digits of Acct #:** XXXX6112

**Court Claim # (if known):** 1
**Amount of Claim:** 345,409.15
**Date Claim Filed:** 03/25/2010

**Phone:** _____
**Last Four Digits of Acct #:** XXXX6112

**Name and Address where transferee payments should be sent (if different from above):**

**Phone:** _____
**Last Four Digits of Acct #:** XXXX6112

I declare under penalty and perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: /s/ Lisa Singer    Date: 8/13/12
Lisa Singer
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Leroy Bishop Austin, Esq.
Debtor(s) Attorney

Kathy A Dockery, Esq.
Chapter 13 Trustee

August 15 2012

_____
Betsy Tarr

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
---------------------------------------------------X
                                Chapter 13
IN RE:                          Case # 10-16140
Freddy Alexander Jimenez; ;Teresa Lopez aka Teresa Lopez Guzman
       Debtor(s)
---------------------------------------------------X




## NOTICE OF TRANSFER OF CLAIM




ROSICKI, ROSICKI & ASSOCIATES, P.C.
Main Office: 51 E. Bethpage Road
Plainview, New York 11803